IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF NORTH CAROLINA

INNOVATIVE MEDICAL PRODUCTS, INC.,  )
                                    )
                Plaintiff,           )
                                    )
        v.                          )    1:06CV00346
                                    )
MICHAEL W. FELMET, individually,    )
and INSIGHT MEDICAL, INC.,          )
                                    )
                Defendants.          )

**O R D E R**

On October 17, 2006, the United States Magistrate Judge's Recommendation was filed and notice was served on the parties pursuant to 28 U.S.C. § 636. No objections were filed within the time limits prescribed by Section 636.

Therefore, the Court need not make a de novo review and the Magistrate Judge's Recommendation is hereby adopted.

**IT IS THEREFORE ORDERED** that Plaintiff's motion for remand (docket no. 7) is granted, along with an award of attorney's fees of $1,000.00 to be paid by Defendants to Plaintiff. The Clerk of Court is directed to send a certified copy of this Order to the Forsyth County Superior Court Clerk.

                                    _____
                                    United States District Judge

December 7, 2006